IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Civil No. 04-2344

One 1999 Yamaha Banshee ATV Twin 350,
VIN JY43GGW05XA175050, with All
Appurtenances and Attachments Thereon,

One 1999 Yamaha Banshee ATV Twin 350,
VIN JY43GG0321C024827, with All
Appurtenances and Attachments Thereon,

Miscellaneous Jewelry,

    Defendants.

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT

Before the Court is the government's motion to dismiss the Verified Complaint of Forfeiture in this case as moot. This case was previously stayed on the government's motion because of the related criminal case of <u>United States v. Eric Brown, et al</u>, No. 03-20169-B. As it now appears that not only has that case been resolved, but it has also resulted in the forfeiture of the defendant properties, this action is now moot.

Therefore, upon motion of the United States, the complaint in the above-styled case is DISMISSED.

**IT IS SO ORDERED**, this 7th day of June, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02344 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT