*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 10 PM 12: 24

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**One 1999 Yamaha Banshee ATV Twin 350,**
**VIN JY43GGW05XA175050, with All**
**Appurtenances and Attachments Thereon,**

**One 1999 Yamaha Banshee ATV Twin 350,**
**VIN JY43GG0321CO24827, with All**
**Appurtenances and Attachments Thereon,**

**Miscellaneous Jewelry,**

        **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2344-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Government's Motion To Dismiss Complaint filed on June 8, 2005, this cause is hereby dismissed.

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/9/05
**Date**

**ROBERT R. DI TROLIO**

**Clerk of Court**

**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-10-05

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02344 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT